IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:                                    No. C 12-80250 WHA

MARC BOURGET

     State Bar No. 901848                    **ORDER OF SUSPENSION**

_____/

     Because attorney Marc Bourget has failed to respond to the order to show cause, Mr. Bourget's membership in the bar of this Court is hereby **SUSPENDED**.  The clerk shall close this file.

     **IT IS SO ORDERED.**

Dated:   November 29, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California