**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

MARC BOURGET

    State Bar No. 901848

                                               /

No. C 12-80250 WHA

**ORDER OF SUSPENSION**

      Because attorney Marc Bourget has failed to respond to the order to show cause, Mr. Bourget's membership in the bar of this Court is hereby **SUSPENDED**. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE